IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Irving E. Twitty, | ) | C/A No. 0:11-2667-DCN-PJG |
|         Petitioner, | ) | |
| v. | ) | **ORDER** |
| Cecilia Reynolds, | ) | |
|         Respondent. | ) | |

Upon review of the docket in this case, it is unclear whether the Respondent received notice of this habeas corpus action. It appears that the Respondent was served on October 21, 2011; however, no acknowledgment of service was filed. Therefore, the clerk of court is hereby directed to re-serve the Respondent with Petitioner's habeas Petition and the court's order dated October 21, 2011 (ECF No. 7). Further, the Respondent is directed to file an Answer or other response within twenty-one (21) days from the date of this order.

**IT IS SO ORDERED.**

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

December 15, 2011
Columbia, South Carolina